IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| DAVID EDGE, SR., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> STILLMAN LAW OFFICE, LLC, *et al.* <br><br> Defendants. | Case No. 8:21−cv−02813−TDC <br><br> Hon. Theodore D. Chuang |

**MOTION FOR FINAL SETTLEMENT APPROVAL**

Plaintiffs David Edge, Sr. and Robert Dietrich ("Representative Plaintiffs"), acting individually and on behalf of a Settlement Class of similarly situated persons, respectfully move for final Court approval of the class-wide settlement which the Court preliminarily approved pursuant to Fed. R. Civ. P. 23(e)(1) on March 1, 2023. *See* ECF No. 73.

Now, pursuant to Fed. R. Civ. P. 23(e)(2) and in advance of the final fairness hearing scheduled for 9:30 a.m. on June 2, 2023, Representative Plaintiffs submit this motion in support of final approval of the Settlement Agreement (ECF No. 71-1), as the proposed settlement is fair, adequate and reasonable to Settlement Class members, and as the class certification requirements of Fed. R. Civ. P. 23 are satisfied. Further grounds and authorities for this motion are in the accompanying memorandum of law and exhibits, which are incorporated.

WHEREFORE, Representative Plaintiffs respectfully request that the Court grant final approval to the Settlement Agreement and enter the attached, comprehensive proposed Final Order Approving Settlement and Certifying Settlement Class.[1]

Respectfully submitted,

_____
Benjamin H. Carney (Fed. Bar No. 27984)
Richard S. Gordon (Fed. Bar No. 06882)
Gordon, Wolf & Carney, Chtd.
100 W. Pennsylvania Ave., Suite 100
Towson, Maryland 21204
Tel. (410) 825-2300
Fax. (410) 825-0066
bcarney@GWCfirm.com
rgordon@GWCfirm.com

**Attorneys for Representative Plaintiffs**

---

[1] The proposed Final Order Approving Settlement and Certifying Settlement Class is comprehensive, and resolves all motions filed today: this Motion, the Motion for Incentive Award, the Motion for *Cy Pres* Award, and the Motion for Award of Attorney' Fees and Expenses to Class Counsel.