**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| DAVID EDGE, SR. and<br>ROBERT DIETRICH,<br><br>    Plaintiffs,<br><br>    v.<br><br>STILLMAN LAW OFFICE, LLC,<br>STILLMAN, P.C. *doing business as*<br>STILLMAN LAW OFFICE,<br>STUART LEBENDOM,<br>CALVARY PORTFOLIO SERVICES, LLC<br>and<br>CALVARY SPV I, LLC,<br><br>    Defendants. | Civil Action No. TDC-21-2813 |

**ORDER**

For the reasons stated on the record during the June 1, 2023 hearing and in light of the Court's entry of the Final Order Approving Settlement and Certifying Settlement Class, it is hereby ORDERED that:

1. The Motion for Final Settlement Approval, ECF No. 74, is GRANTED.

2. The Motion for the Award of Attorney's Fees and Expenses to Class Counsel, ECF No. 75, is GRANTED.

3. The Motion for Approval of Incentive Awards to the Class Representatives, ECF No. 76, is GRANTED.

4. The Motion to Approve Cy Pres Award, ECF No. 77, is GRANTED.

Date: June **2**, 2023

                                                                                        THEODORE D. CHUANG
                                                                                        United States District Judge